**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jose Luis Rodriguez RODRIGUEZ, also
known as Jose Luis Rodriguez–Rodriguez, also known as Jose Luis Rodriguez, also known as Jose L. Rodriguez, also known as Jose Rodriguez–Rodriguez, also known as Joe Rodriguez, Defendant–Appellant.**

No. 10–20008
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 15, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, GARZA, and ELROD, Circuit Judges.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Luis Rodriguez Rodriguez (Rodriguez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

